235 So.2d 95

Joseph H. JORDAN

v.

The TRAVELERS INSURANCE COM-
PANY et al.

No. 50508.

May 25, 1970.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up the
record in duplicate of the case; and that
counsel for plaintiff and defendant be noti-
fied.

235 So.2d 95

Succession of Inez Smithson GORDON.
Eula Gibson McCULLOUGH, Administratrix

v.

Mrs. Cecil M. BRIDGES.

No. 50525.

May 25, 1970.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up the
record in duplicate of the case; and that
counsel for plaintiff and defendant be noti-
fied.